[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-11078
Non-Argument Calendar
_____

D.C. Docket No. 5:14-cr-00020-RS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TAVARES LEMOND GAINER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(September 4, 2015)

Before HULL, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Richard M. Summa, appointed counsel for Tavares Gainer in this appeal, has

moved to withdraw from further representation of the appellant and filed a brief

pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gainer's conviction and sentence are **AFFIRMED**.